IN THE MATTER OF THE APPEAL OF AMERSIL, INC., FROM THE DENIAL BY THE DEPARTMENT OF TRANSPORTATION OF RELOCATION ASSISTANCE BENEFITS.

November 16, 1982.

Petition for certification denied.

RENO MONTI v. SUPER EXCELSIOR FOOD MART, INC.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JACK "RANDY" MCKAY.

November 16, 1982.

Petition for certification denied.

JOSEPHINE HERMANN v. FAIRLEIGH DICKINSON UNIVERSITY.

November 16, 1982.

Petition for certification denied. (See 183 *N.J.Super.* 500)